No. 23-1751

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

UNION ELECTRIC COMPANY d/b/a AMEREN MISSOURI,
Petitioner,

*v.*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.
Respondents.

JOINT MOTION FOR CONSOLIDATED BRIEFING SCHEDULE

Petitioner Union Electric Company, d/b/a Ameren Missouri, and Respondents Environmental Protection Agency and Michael S. Regan ask this Court under Fed. R. App. P. 26(b) to extend the time for filing responses and replies for Petitioner's Motion to Stay Final Agency Rule of the United States Environmental Protection Agency (the "Stay Motion") and Respondents' Motion to Transfer the Petition for Review to the D.C. Circuit or Dismiss Based on Improper Venue (the "Venue Motion"). In support of the motion, the parties state as follows:

1. On April 13, 2023, Petitioner filed a petition for review challenging Respondents' final agency action entitled "Air Plan Disapprovals; Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air

1

Quality Standards," published at 88 Fed. Reg. 9336 (Feb. 13, 2023) ("Final Rule"). On April 14, 2023, Petitioner filed the Stay Motion.

2. On April 14, 2023, counsel for Respondents provided counsel for Petitioner a copy of their file-ready Venue Motion. Due to technical issues, Respondents were unable to file the Venue Motion, but counsel for Petitioner agreed to accept service of the Venue Motion as though filed at that time. Respondents formally filed the Venue Motion on April 17.

3. Pursuant to the schedule set by the Court on April 18, 2023, the deadline for EPA's response to the Stay Motion is April 24, 2023, and the deadline for Petitioner's response to the Venue Motion is April 28, 2023. Under Fed. R. App. P. 27(a)(4), replies are due seven days after the respective responses.

4. Counsel for Respondents have represented that responding to the Stay Motion will require interaction with their agency clients and have also noted impending filing deadlines in other petitions for review of the Final Rule in this and other Circuits.

5. To accommodate the additional time required by Respondents, the parties propose a modest extension and consolidated briefing schedule for Petitioner's Stay Motion and Respondents' Venue Motion as follows:

- Responses to Stay and Venue Motions due May 8, 2023;
- Replies to Stay and Venue Motions due May 18, 2023.

6. The proposed schedule provides an additional two weeks to prepare responses to the Stay and Venue Motions, with replies due ten days thereafter. This is the parties' first request for an extension of time to file any brief.

## CONCLUSION

The Court should grant the parties' Joint Motion for Consolidated Briefing Schedule.

Respectfully submitted,

/s/ *Elbert Lin*
Elbert Lin
Kevin S. Elliker
David N. Goldman*
HUNTON ANDREWS KURTH LLP
951 East Byrd Street, East Tower
Richmond, VA 23219
(804) 788-8200
elin@HuntonAK.com
kelliker@HuntonAK.com
dgoldman@HuntonAK.com

*Admitted only in North Carolina.*

F. William Brownell
E. Carter Chandler Clements
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037
(202) 955-1500
bbrownell@HuntonAK.com
eclements@HuntonAK.com

*Counsel for Petitioner*

/s/ *Miranda M. Jensen*
Miranda M. Jensen
Jin Hyung Lee
Alexandra St. Romain
U.S. DEPARTMENT OF JUSTICE
Environmental and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-3071
miranda.jensen@usdoj.gov
jin.hyung.lee@usdoj.gov
Alexandra.st.romain@usdoj.gov

*Counsel for Respondents*

## CERTIFICATE OF COMPLIANCE

I certify that this brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it does not exceed 5,200 words (it contains 393 words).

I also certify that this brief complies with the requirements of Fed. R. App. P. 32(a)(5)-(6) because it has been prepared in 14-point Times New Roman font, using Microsoft Word.

I further certify that this PDF file was scanned for viruses, and no viruses were found on the file.

/s/ Elbert Lin
Elbert Lin

## CERTIFICATE OF SERVICE

I certify that on April 19, 2023, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished through the CM/ECF system.

/s/ Elbert Lin
Elbert Lin