
HUNTON ANDREWS KURTH LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VIRGINIA 23219-4074

TEL  804 • 788 • 8200
FAX  804 • 788 • 8218

ELBERT LIN
DIRECT DIAL: 804 • 788 • 7202
EMAIL: elin@HuntonAK.com

February 5, 2024

**VIA CM/ECF**

Michael E. Gans
Clerk of Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, Missouri 63102

Re:  Notice Regarding Availability for Oral Argument in Union Elec. Co. v. EPA, No. 23-1751, and Ark. League of Good Neighbors v. EPA, No. 23-1778

Dear Mr. Gans:

I am counsel of record for Petitioners Union Electric Company dba Ameren Missouri and Arkansas League of Good Neighbors in the above-referenced cases and write to advise the Court of existing obligations that would conflict with oral argument on April 8-10 and May 8-10.  I respectfully request that the Court not schedule argument on those dates.

Respectfully submitted,

/s/ Elbert Lin
Elbert Lin

ATLANTA  AUSTIN  BANGKOK  BEIJING  BOSTON  BRUSSELS  CHARLOTTE  DALLAS  DUBAI  HOUSTON
LONDON  LOS ANGELES  MIAMI  NEW YORK  RICHMOND  SAN FRANCISCO  TOKYO  TYSONS  WASHINGTON, DC
www.HuntonAK.com

Appellate Case: 23-1751     Page: 1     Date Filed: 02/05/2024 Entry ID: 5360284



## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2024, I electronically filed the foregoing letter using the court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Elbert Lin
ELBERT LIN

*Counsel of Record for Petitioners
Arkansas League of Good Neighbors
and Union Electric Company dba Ameren Missouri*