

HUNTON ANDREWS KURTH LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VIRGINIA 23219-4074

TEL   804 • 788 • 8200
FAX   804 • 788 • 8218

ELBERT LIN
DIRECT DIAL: 804 • 788 • 7202
EMAIL: elin@HuntonAK.com

July 2, 2024

**VIA CM/ECF**

Maureen W. Gornik
Acting Clerk of Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, Missouri 63102

Re:  Notice Regarding Availability for Oral Argument in *Union Elec. Co. v. EPA*, No. 23-1751, and *Ark. League of Good Neighbors v. EPA*, No. 23-1778

Dear Ms. Gornik:

I am counsel of record for Petitioners Union Electric Company dba Ameren Missouri and Arkansas League of Good Neighbors in the above-referenced cases and write to advise the Court of existing obligations that would conflict with oral argument on September 23-27.  I respectfully request that the Court not schedule argument on those dates.

Respectfully submitted,

/s/ Elbert Lin
Elbert Lin



**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2024, I electronically filed the foregoing letter using the court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Elbert Lin
Elbert Lin

*Counsel of Record for Petitioners
Arkansas League of Good Neighbors
and Union Electric Company dba Ameren Missouri*