# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| UNION ELECTRIC COMPANY, d/b/a AMEREN MISSOURI, | )<br>)<br>) |
| Petitioner, | )<br>) |
| v. | ) No. 23-1751 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and MICHAEL S. REGAN, in his official capacity as Administrator, United States Environmental Agency, | )<br>)<br>)<br>)<br>)<br>) |
| Respondents. | )<br>) |

## RULE 26.1 DISCLOSURE STATEMENT OF PETITIONER UNION ELECTRIC COMPANY, d/b/a AMEREN MISSOURI

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1A of this Court, Petitioner Union Electric Company, d/b/a Ameren Missouri hereby files the following corporate disclosure statement:

1. The parent companies of the corporation: Ameren Corporation

2. Subsidiaries not wholly owned by the corporation: STARS Alliance, LLC (25% ownership)

3. Any publicly held company that owns ten percent (10%) or more of the corporation: Ameren Corporation

Dated: April 14, 2023                                   Respectfully submitted,

/s/ Elbert Lin
Elbert Lin
Kevin S. Elliker
David N. Goldman*
HUNTON ANDREWS KURTH LLP
951 East Byrd Street, East Tower
Richmond, VA 23219
(804) 788-8200
elin@HuntonAK.com
kelliker@HuntonAK.com
dgoldman@HuntonAK.com

*Admitted only in North Carolina.

F. William Brownell
E. Carter Chandler Clements
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037
(202) 955-1500
bbrownell@HuntonAK.com
eclements@HuntonAK.com

*Counsel for Petitioner*
*Union Electric Company, d/b/a Ameren Missouri*

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2023, I electronically filed the foregoing with the clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid to the following non-CM/ECF participants:

> The Honorable Michael S. Regan
> Administrator
> Office of the Administrator (1101A)
> United States Environmental Protection Agency
> 1200 Pennsylvania Avenue, N.W.
> Washington, DC 20460
>
> The Honorable Merrick Garland
> Attorney General of the United States
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, DC 20530-0001
>
> The Honorable Todd Sunhwae Kim
> Assistant Attorney General
> Environmental and Natural Resources Division
> U.S. Department of Justice
> 950 Pennsylvania Ave., N.W.
> Washington, DC 20530-0001

Correspondence Control Unit
Office of General Counsel (2311)
United States Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC  20460

/s/ Elbert Lin
Elbert Lin